IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

File No.: 7:14-cv-00077-F

**In the Matter of:**

**Bald Head Island Transportation, Inc. ("Owner"),
Bald Head Island Limited LLC ("Manager")
and M/V ADVENTURE, Official No. 916343,
together with her Engines, Tackle and
Apparel for Exoneration from or Limitation of Liability**

## ENTRY OF DEFAULT AGAINST NON-APPEARING PARTIES

THIS CAUSE having come before the undersigned Clerk of Court on Plaintiffs' Motion for Entry of Default, and having reviewed the record herein, the undersigned finds that:

1. On April 23, 2014, Plaintiffs filed a Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C.A. §§ 30501-30512, and Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F of the Federal Rules of Civil Procedure, for any loss, injury, expense, damages, demands, or claims whatsoever in consequence of or arising out of or connected with the Voyage resulting in the grounding of the M/V ADVENTURE in the vicinity of Battery Island, Brunswick County, North Carolina, on or about December 17, 2013 (DE #1).

2. Pursuant to Supplemental Rules for Certain Admiralty and Maritime Claims Rule F of the Federal Rules of Civil Procedure, an Injunction and Notice of Claimants of Action Brought for Exoneration from or Limitation of Liability were duly issued and entered by this Court on May 1, 2014, ordering notice to all persons asserting claims with respect to which the Complaint seeks limitation arising from the alleged injuries and/or damages to in connection

with a grounding during the Voyage resulting in injuries in the vicinity of Battery Island, Brunswick County, North Carolina, on or about December 17, 2014, citing that all persons having such claims must file them as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5), with the Clerk, United States District Court, Eastern District of North Carolina, Southern Division, and serve on or mail to Plaintiffs' attorney, copies thereon on or before **June 15, 2014** or be defaulted, and directing any claimant desiring to contest the right of Plaintiffs to exonerate from or the right of Plaintiffs to limitation of liability to file an answer to the Complaint, as required by the aforesaid Supplemental Rule F(5), and serve on or mail to Plaintiffs' attorney a copy thereof, unless claimant's claim has included an answer; and further ordering that public notice be given by publication thereof in *Wilmington Star News*, Wilmington, North Carolina, as provided by Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and that Plaintiffs shall also mail, not later than one day after the second publication, a copy of said public notice to every person, firm, or corporation known to have made any claim against the M/V ADVENTURE, Official No. 916343, and/or Plaintiffs arising out of said accident (all of the foregoing appearing in DE #11); and

The Notice to Claimants of Action Brought For Exoneration From or Limitation of Liability was duly given and published in *Wilmington Star News* once a week for the four (4) weeks ending June 1, 2014, as required by the Court (DE #15), and movants mailed copy of the Notice to Claimants of Complaint for Exoneration From or Limitation of Liability to every person known to have made any claim against the vessel or the Plaintiffs arising out of the voyage at issue in this matter.

The deadline for receipt of claims and answers, June 15, 2014, has expired.

2

Complaint, Claims and/or Answers, Defenses, Counterclaims and/or Crossclaims have been submitted by the following parties:

    a. Steven A. Donecker

    b. Bonnie Cockrell

    c. Mary Beth Springmeier

    d. Richard Scearce, III

    e. Tammy Strickland

    f. Old Baldy Foundation, Inc.

    g. Employers Assurance

No other person or party has filed any claims or pleadings in this matter.

THEREFORE, default is hereby entered against all other parties having an interest in this matter, except Steven A. Donecker, Bonnie Cockrell, Mary Beth Springmeier, and Richard Scearce, III, Tammy Strickland, Old Baldy Foundation, Inc. and Employers Assurance.

This the 5th day of August 2014.

_____
JULIE A. RICHARDS, CLERK

3