IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

No. 7:14-CV-77-F

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Bald Head Island Transportation, Inc., | ) | |
| ("Owner"), Bald Head Island Limited, | ) | O R D E R |
| LLC ("Manager") and M/V ADVENTURE, | ) | |
| Official No. 916323, together with her | ) | |
| Engines, Tackle and Apparel, for | ) | |
| Exoneration from or Limitation of | ) | |
| Liability | ) | |

This matter is before the court on the Joint Motion for Consent Order Approving Settlement and Dismissing Claims of and Regarding Richard W. Scearce, III [DE-59]. Attached thereto is the settlement agreement [DE-59-1] between Scearce and Bald Head Island Transportation, Inc., Bald Head Island Limited, LLC, and M/V ADVENTURE, Official No. 916323. These parties ask the court to approve the settlement, and dismiss any claim by Scearce.

The remaining claimants have responded [DE-60] to the motion, and state:

> With the agreement and understanding of Plaintiffs . . .that neither Plaintiffs' settlement with Claimant Scearce nor the Court's approval of such settlement will reduce the amount of the limitation fund, the remaining non-settling Claimants (Cockrell, Donecker, Springmeier, and Strickland) hereby each declare that they do not oppose the subject Plaintiffs' motion.

Personal Injury Claimants' Response [DE-60] at 1. Attached to the response is an acknowledgment signed by counsel for the Limitation Plaintiffs that "the settlement with Richard Scearce, III set forth in Motion shall not reduce the Limitation Fund." Ex. A [DE-60-1].

The court has reviewed the settlement agreement. In light of the non-opposition of the Personal Injury Claimants, the court ORDERS that the Settlement Agreement between the

Limitation Plaintiffs and Richard W. Scearce, III is approved, and Scearce is DISMISSED as a Claimant in this action, and all his claims are DISMISSED with prejudice.

SO ORDERED. This, the 4th day of December, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge