IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
File No. 7:14 CV-00077

| | |
|---|---|
| In the Matter Of: ) | |
| ) | |
| Bald Head Island Transportation, Inc. ) | MOTION TO STIKE |
| ("Owner"), Bald Head Island Limited LLC ) | |
| ("Manager") and M/V ADVENTURE, Official ) | |
| No. 916323, together with her Engines, Tackle, ) | |
| and Apparel <u>for Exoneration from or Limited</u> ) | |
| <u>Liability,</u> ) | |

NOW COMES Claimant Tammy Strickland by and through her undersigned counsel moving to strike Plaintiffs' supplemental interrogatory responses served on Tuesday March 24, 2015 pursuant to F.R. Civ. P. 16(f) and the Discovery Scheduling Order as entered on August 21, 2015 [D.E. 51} and modified on September 25, 2015 {D.E. 54}. Claimant also moves to strike the supplemental discovery responses as untimely pursuant to F.R. Civ. P. 26. Claimants Bonnie Cockrell, Steven Donecker and Mary Beth Springmeier join Claimant Strickland in her Motion.

WHEREFORE, Claimant respectfully requests this Court to Strike Plaintiffs' Interrogatory responses served March 24, 2015 and order such other and further relief as this Court may deem just and proper.

Respectfully submitted this, the 6th day of April, 2015.

                                              HUMPHRIES & KING, P.C.
                                              <u>/s/ **Justin K. Humphries**</u>
                                              Justin K. Humphries, NCSB # 36833
                                              616 Princess Street
                                              Wilmington, North Carolina 28401
                                              Telephone: (910) 332-0721
                                              Facsimile: (910) 290-7817
                                              Email: justin@kinglawonline.com
                                              *Counsel for Claimant Tammy Strickland*

# CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing:

## MEMORANDUM OF LAW IN SUPPORT OF
## TAMMY STRICKLAND'S MOTION FOR SUMMARY JUDGEMENT

was filed with the Clerk of the Court using the CM/ECF system and notification will be sent to the following:

| | |
|---|---|
| Rountree Losee, L.L.P. | Clark, Newton, & Evans, PA |
| Attn: Geoffrey A. Losee, Esq. | Attn: Don Evans |
| 2419 Market St. | 509 Princess Street |
| Wilmington, NC 28403 | Wilmington, NC 28401 |
| glosee@rountreelosee.com | dte@clarknewton.com |

This, the 6th day of April, 2015.

/s/ **Justin K. Humphries**
Justin K. Humphries