IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

File No. 7:14-cv-00077-F

In the Matter of:

Bald Head Island Transportation, Inc. ("Owner"),
Bald Head Island Limited LLC ("Manager")
and M/V ADVENTURE, Official No. 916323,
together with her Engines, Tackle and
Apparel for Exoneration from or Limitation of Liability

## CONSENT ORDER DISMISSING CLAIMS OF BONNIE COCKRELL

The Joint Motion of the Plaintiffs and Claimant Bonnie Cockrell ("Cockrell") is now before the Court.

It appearing to the Court from the Joint Motion and the consent of counsel for the respective parties endorsed hereon, that all claims of Cockrell and all issues and matters in controversy between the Plaintiffs and Claimant Cockrell have been compromised and settled to the satisfaction of all of them; and

It further appearing to the court that such compromise and settlement requires that all of the claims of Cockrell ought to be dismissed and judgment ought to be entered dismissing the claims of Bonnie Cockrell and Bonnie Cockrell as a Claimant in this action;

NOW, THEREFORE, IT IS ORDERED, ADJUGDED AND DECREED that the Settlement Agreement between Plaintiffs and Bonnie Cockrell be, and herby is approved; and

IT IS FURTHER ORDERED that Cockrell be and she hereby is, dismissed as a party Claimant in this action, and all her claims herein are likewise dismissed with prejudice; and

IT IS FURTHER ORDERED that each party to this judgment and order should pay its/her own attorneys' fees, costs and expenses.

This the 15 day of December, 2015.

                                                James C. Fox
                                                United States District Judge

We consent:

ROUNTREE LOSEE LLP
Post Office Box 1409
Wilmington, NC 28402-1409
Tel: (910) 763-3404/ Fax: (910) 763-0080
Email: glosee@rountreelosee.com

By: /s/ Geoffrey A. Losee
     Geoffrey A. Losee

*Attorneys for Bald Head Island Limited LLC and
Bald Head Island Transportation, Inc. and
M/V ADVENTURE*


CLARK, NEWTON & EVANS, PA
509 Princess St.
Wilmington, NC 28401
Tel: 910-762-8743
Fax: 910-762-6202
E-mail: spb@clarknewton.com


By: /s/ Seth P. Buskirk
    Seth P. Buskirk

*Attorneys for Claimant Bonnie Cockrell*

2

Case 7:14-cv-00077-F   Document 153   Filed 12/16/15   Page 2 of 2