IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

No. 7:14-CV-00077-F

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Bald Head Island Transportation, Inc. ("Owner"), ) | |
| Bald Head Island Limited LLC ("Manager") ) | O R D E R |
| and M/V ADVENTURE, Official No. 916323, ) | |
| together with her Engines, Tackle and Apparel ) | |
| ) | |

This matter is before the court on Claimant Mary Beth Springmeier's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order [DE-147, -149][1] and Steven Donecker's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order [DE-148]. Mary Beth Springmeier moves for this court to enter judgment in her favor and against Plaintiffs and dismiss this Limitation Action as to Claimant Springmeier with prejudice and lift this action's injunction so that she may file her personal injury and punitive damages claims in another forum. Springmeier's Mot. [DE-147] at 1. Steven Donecker moves for this court to enter judgment in his favor and against Plaintiffs dismissing this Limitation Action as to Claimant Donecker with prejudice and lift this Limitation Action's injunction so that he may file his personal injury and punitive damages claims in another forum. Donecker's Mot. [DE-148] at 1. The court has been advised that Old Baldy Foundation, Inc. and Employers Assurance affirmatively support Claimant Springmeier's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order. Statement of Position [DE-155] at 2. Additionally, Old Baldy Foundation, Inc. and Employers Assurance do not oppose Claimant Steve Donecker's

---

[1] Mary Beth Springmeier's DE-149 is a duplicate of DE-147.

Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order. *Id.*

Claimant Mary Beth Springmeier's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order [DE-147, -149] and Steven Donecker's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order [DE-148] are ALLOWED. The Clerk is DIRECTED to enter judgment in favor of Claimants Springmeier and Donecker and against Plaintiffs dismissing this Limitation Action as to Claimants Springmeier and Donecker with prejudice. This Limitation Action's injunction is hereby lifted so that Claimants Springmeier and Donecker may file their personal injury and punitive damages claims in another forum.

SO ORDERED.

This, the 26 day of January, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge