UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| ) | **JUDGMENT** |
| Bald Head Island Transportation, Inc., ) | No. 7:13-CV-77-F |
| Bald Head Island Limited LLC, ) | |
| and M/V ADVENTURE, Official No. 916323 ) | |
| together with her Engines, Tackle and Apparel ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

    **IT IS ORDERED, ADJUDGED AND DECREED that** pursuant to the court's order dated August 18, 2015, Claimants Tammy Strickland, Bonnie Cockrell, Steven Donecker and Mary Beth Springmeier's Motion to Strike [DE-82] is ALLOWED; Claimant Tammy Strickland's Motion for Summary Judgment [DE-65] is ALLOWED; Plaintiffs' Motion to Dismiss Claimant Bonnie Cockrell's Claim for Punitive Damages [DE-69] is DISMISSED without prejudice; Plaintiffs' Motion for Partial Summary Judgment on Claimants' Punitive Damages Claims [DE-71] is DISMISSED without prejudice; and Claimants Bonnie Cockrell, Mary Beth Springmeier, and Steven Donecker's Motion for Summary Judgment [DE-72] is ALLOWED.

    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED that** Claimant Mary Beth Springmeier's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order [DE-147, -149] and Steven Donecker's Motion Requesting Judgment be Entered Consistent with October 6, 2015 Order [DE-148] are ALLOWED. The Clerk is DIRECTED to enter judgment in favor of Claimants Springmeier and Donecker and against Plaintiffs dismissing this Limitation Action as to Claimants Springmeier and Donecker with prejudice. This Limitation Action's injunction is hereby lifted so that Claimants Springmeier and Donecker may file their personal injury and punitive damages claims in another forum.

**This judgment filed and entered on January 26, 2016, and copies to:**
Geoffrey A. Lossee (via CM/ECF electronic notification)
George Rountree, III (via CM/ECF electronic notification)
Jason Laurence Kesler (via CM/ECF electronic notification)
Don T. Evans, Jr. (via CM/ECF electronic notification)
Seth Peter Buskirk (via CM/ECF electronic notification)
Joel R. Rhine (via CM/ECF electronic notification)
Richard Morris Flexner (via CM/ECF electronic notification)
H. Forest Horne, Jr. (via CM/ECF electronic notification)
Justin Kenneth Humphries (via CM/ECF electronic notification)
Roy Gregory Pettigrew (via CM/ECF electronic notification)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| January 26, 2016 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |