In the Matter of: )
)
Bald Head Island Transportation, Inc. )
("Owner"), Bald Head Island Limited LLC ) **JUDGMENT IN A CIVIL CASE**
("Manager"), and M/V Adventure, Official ) **CASE NO. 7:14-CV-77-F**
No. 916323, together with her Engines, )
Tackle and Apparel. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order on bill of costs dated December 12, 2016 and with no objections being filed, as a prevailing party claimant Steven Donecker is awarded $3,613.10 in costs pursuant to 28 U.S.C. § 1920(2) and these costs are taxed against plaintiffs and shall be included in the judgment.

**This Judgment Filed and Entered on January 2, 2017, and Copies To:**

Geoffrey A. Lossee (via CM/ECF electronic notification)
George Rountree, III (via CM/ECF electronic notification)
Jason Laurence Kesler (via CM/ECF electronic notification)
Don T. Evans, Jr. (via CM/ECF electronic notification)
Seth Peter Buskirk (via CM/ECF electronic notification)
Joel R. Rhine (via CM/ECF electronic notification)
Richard Morris Flexner (via CM/ECF electronic notification)
H. Forest Horne, Jr. (via CM/ECF electronic notification)
Justin Kenneth Humphries (via CM/ECF electronic notification)
Roy Gregory Pettigrew (via CM/ECF electronic notification)


DATE                                             JULIE A. RICHARDS, CLERK
January 2, 2017                                  /s/ Susan K. Edwards
                                                 (By) Susan K. Edwards, Deputy Clerk